**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JIALIN YAN #A249-262-627** | **CASE NO. 1:26-CV-00835 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN FACILITY DIRECTOR LASALLE ICE PROCESSING CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**ORDER**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 20), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition (Rec. Doc. 7) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS, DONE AND SIGNED** in Chambers this 4th day of August, 2026.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**